O AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

VINCE ROWE, et al

V.

JAY FISHMAN, et al
and
THE ST. PAUL TRAVELERS COMPANIES, INC.

## JUDGMENT IN A CIVIL CASE

Case Number:   04-cv-04576-JRT-FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants' motion to dismiss is **GRANTED**, and that plaintiffs' amended complaint is **DISMISSED without prejudice**.

|  |  |
|---|---|
| March 30, 2006 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Sara Brennan |
|  | (By)        Sara Brennan,   Deputy Clerk |

Form Modified:  09/16/04